# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| C.H., a minor, by and through her father and best friend, CHRISTOPHER HOOD,  }<br>  }<br>  }<br>  }<br>Plaintiffs,  }<br>  }<br>v.  }<br>  }<br>EVAN MAJOR, in his individual and official capacities as Superintendent of the Shelby County Board of Education; the SHELBY COUNTY BOARD OF EDUCATION; MICHELLE HEAD, in her individual and official capacities, as Asst. Principal of Chelsea Elementary School, and HELEN RARDIN, in her individual and official capacities as Director of Owens House; OWENS HOUSE; and THE SHELBY COUNTY ADVOCACY CENTER, INC.,  }<br>  }<br>Defendants.  } | Case No.: 2:05-CV-1032-RDP |

## MEMORANDUM OPINION AND ORDER

The court has before it the Motion for Protective Order filed by non-party the State of Alabama Department of Human Resources (hereinafter "DHR"). (Doc. # 41). The motion was filed in response to a subpoena commanding DHR to produce "[a]ny and all notes, investigative reports, informants, and any files known by any other name concerning Christopher Hood, April Hood or Christine Hood residing at 130 Shelby Forest Road, Chelsea, AL 35043 for the last 2 years." DHR claims that the information sought is confidential and privileged and requests that this court either (1) conduct an *in camera* review of the records; (2) prohibit access to the records; or (3) enter an appropriate order regarding release of the records. (Doc. # 41).

It appears to the court that DHR's motion may well be amenable to resolution in whole or in part by agreement of counsel. It is therefore **ORDERED** that counsel for the respective parties and for the non-movant shall confer within **eleven (11) days** and shall attempt to resolve their differences or reduce the areas of dispute regarding the requested information. Because the court believes that the parties are able to resolve the matter, it **DIRECTS** the Clerk to **ADMINISTRATIVELY TERMINATE** the motion. (Doc. # 41).

In the event the parties do not resolve the dispute during their conference, moving counsel shall call the chambers of the undersigned and notify the court of the need to resolve the matter by order. If such notification is made, the court will receive argument and consider the matter further.

**DONE** and **ORDERED** this     17th     day of November, 2005.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE